UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

EDDIE GENE EVANS
(DOC# 110861)

CIVIL ACTION

VERSUS

NO. 10-228-B-M2

LOUISIANA PROBATION AND
PAROLE, ET AL

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which an objection was filed:

IT IS ORDERED that the Petition for Writ of Habeas Corpus[1] filed by Eddie Gene Evans shall be DISMISSED WITHOUT PREJUDICE.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, September 15, 2010.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. No. 1.

Doc#46905